# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

DAVID FOSTER,
:
    Petitioner,                                   Case No. 1:11-cv-256

                                     :               District Judge S. Arthur Spiegel
    -vs-                                            Magistrate Judge Michael R. Merz

ROBIN KNAB, Warden, Chillicothe
  Correctional Institution,
:
    Respondent.

## DEFICIENCY ORDER

This habeas corpus case is before the Court upon the filing of Petitioner's Notice of Appeal (Doc. No. 30).

The Court notes that Petitioner has not paid the appellate filing fee, has never sought leave to proceed *in forma pauperis,* and Judge Spiegel has certified that an appeal would not be taken in objective good faith and should therefore not be permitted to proceed *in forma pauperis*. Accordingly, it is hereby ORDERED that Petitioner pay the appellate filing fee of $455.00 forthwith.

November 26, 2012.

                                                          s/ *Michael R. Merz*
                                                    United States Magistrate Judge